■ ADVANCED SAFETY SYSTEMS NY, INC., et al., Appellants, v MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as *Advanced Safety Sys. v Manufacturers & Traders Trust Co.* (188 AD2d 1009 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Dismiss Cause of Action.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN K. BAKER, Appellant.—Judgment unanimously affirmed. Memorandum: The court properly denied defendant's suppression motion. The police had reasonable suspicion warranting the stop of defendant's vehicle *(see, People v Landy,* 59 NY2d 369, 376; *People v Sobotker,* 43 NY2d 559, 563; *People v Byrd,* 156 AD2d 374, *lv denied* 75 NY2d 811). Contrary to defendant's contention, the People were not required to present the testimony of the person who transmitted the radio communication to the arresting officer *(see, People v Landy, supra; People v Beckwith,* 163 AD2d 863; *People v Knight,* 162 AD2d 970, *lv denied* 76 NY2d 941). The officer's question regarding whether defendant had been drinking constituted a noncustodial investigatory inquiry for which *Miranda* warnings were not required *(see, People v Bennett,* 70 NY2d 891; *People v Mason,* 157 AD2d 859). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Boomer, Green, Lawton and Boehm, JJ.